# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **William Sedrick Rollerson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00315-RJC |
| | ) | 3:11-cr-00230-RJC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2018 Order.

May 16, 2018

Frank G. Johns, Clerk
United States District Court